Deborah A. Hedley (State Bar No. 276826)
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     +1.650.739.3939
Facsimile:      +1.650.739.3900
Email: dahedley@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CREDIT CONSULTING SERVICES, INC. an incorporated business entity; EXPERIAN INFORMATION SOLUTIONS, INC., an incorporated entity; EQUIFAX, INC., an incorporated entity; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. _____<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT**<br><br>**[28 U.S.C.  §§1331, 1441 AND 1446]** |

EXPERIAN'S NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to 28 U.S.C. §§1331, 1441 and 1446, Defendant Experian Information Solutions, Inc. ("Experian") hereby files its Notice of Removal of the above-captioned action to the United States District Court for the Northern District of California, and states as follows:

**Compliance with Statutory Requirements**

1.     On or about August 30, 2013, Plaintiff John Martin ("Plaintiff") filed Civil Action No. CGC-13-533952 in the Superior Court for the State of California, County of San Francisco (the "State Court Action"), naming Experian, Credit Consulting Services, Inc. ("CCS") and Equifax, Inc. ("Equifax") as Defendants.

2.     Defendant Experian received the complaint though personal service on its agent for service of process on September 9, 2013.  Removal of this action is timely because this notice is being filed with this Court within thirty (30) days after Defendant Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based. 28 U.S.C. § 1446(b).

3.     In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon defendants in the State Court Action is attached hereto as Exhibit A.  In addition, Experian attaches as Exhibit B its Answer to the Complaint, filed and served on October 7, 2013.

4.     All defendants named in the Complaint in the State Court Action consent to this Notice of Removal.  A true and correct copy of CCS' consent is attached hereto as Exhibit C.  A true and correct copy of Equifax' consent is attached hereto as Exhibit D.

5.     Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action and to the clerk of the Court in the State Court action, as required by 28 U.S.C. § 1446(d).

**Jurisdiction**

6.     Plaintiff's claims of relief against Defendants alleged in the State Court Action arise under the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681x, and the federal Fair Debt Collections Practices Act, 15 U.S.C. §§ 1692-1692p.  Specifically, the Second and Sixth

EXPERIAN'S NOTICE OF REMOVAL

1  Causes of Action are for violations of the Fair Credit Reporting Act, 15 U.S.C. §§1681s-2(b),

2  1681i(a)(1)(A) and (a)(5)(A).  The Fourth Cause of Action is for violation of the Federal Fair

3  Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p.    Thus, this Court, which has original

4  jurisdiction over all civil actions arising under the laws of the United States,  has original

5  jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331, 15 U.S.C. § 1681p and

6  15.U.S.C . §1692k(e).  The above-captioned action may properly be removed to this United States

7  District Court pursuant to 28 U.S.C. § 1441(a).

8  　　　　7.　　　Experian is a corporation which, for monetary fees, regularly engages in whole or

9  in part in the practice of assembling consumer credit information or other information on

10 consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means

11 or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports,

12 and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

13 **Intradistrict Assignment**

14 　　　　8.　　　Plaintiff filed this case in the Superior Court of California, County of San

15 Francisco; therefore, this case may properly be removed to the San Francisco or Oakland division

16 of the Northern District of California. 28 U.S.C. § 1441(a), N.D. Cal. Civil L. R. 3-2(c), (d), 3-

17 5(b).

18 　　　　WHEREFORE, the above-titled Action is hereby removed to this Court from the Superior

19 Court of the State of California, County of San Francisco.

20

21

22

23

24

25

26

27

28

EXPERIAN'S NOTICE OF REMOVAL

1   Dated: October 9, 2013                    Respectfully submitted,

2

3                                             /s/
                                              _____
4                                             Deborah A. Hedley
                                              JONES DAY
5                                             Silicon Valley Office
                                              1755 Embarcadero Road
6                                             Palo Alto, CA  94303
                                              Telephone:    +1.650.739.3939
7                                             Facsimile:    +1.650.739.3900
                                              Email: dahedley@jonesday.com
8
                                              Attorneys for Defendant
9                                             EXPERIAN INFORMATION SOLUTIONS,
                                              INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXPERIAN'S NOTICE OF REMOVAL