1  Jared M. Hartman (254860)
2  HARTMAN LAW OFFICE, INC.
   400 S. Melrose Drive, Suite 209
3  Vista, CA 92081
   PH: (951) 234-0881
4  Fax: (888) 819-8230
   jaredhartman@jmhattorney.com
5

6              **U.S. DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
7               **SAN FRANCISCO DIVISION**

8

9  JOHN MARTIN,                          Case No.:  3:13-CV-04706 WHA

10        Plaintiff,                     **PLAINTIFF AND DEFENDANT**
                                         **EXPERIAN'S STIPULATION TO**
11      vs.                              **DISMISS DEFENDANT EXPERIAN**
                                         **INFORMATION SOLUTIONS, INC.,**
12 CREDIT        CONSULTING              **AND** ~~PROPOSED~~ **ORDER**
   SERVICES, INC. an incorporated
13 business    entity;   EXPERIAN
   INFORMATION       SOLUTIONS,
14 INC.,  an  incorporated  entity;
   EQUIFAX, INC., an incorporated
15 entity; and DOES 1 through 100,
   inclusive,
16
          Defendants.
17

18

19      Plaintiff and Defendant EXPERIAN herein stipulate and request this Honorable Court to

20 dismiss, with prejudice, Defendant EXPERIAN INFORMATION SOLUTIONS, INC. from the instant

21 action.

22 DATED: March 12, 2014

23 /s/ Jared M. Hartman                    /s/ Deborah A. Hedley
   Jared M. Hartman                        Deborah A. Hedley
24 Attorney for Plaintiff John Martin      Attorney for Defendant Experian

25

                                    1

## COURT ORDER

Defendant EXPERIAN INFORMATION SOLUTIONS, INC. is hereby DISMISSED, WITH PREJUDICE, from the instant action.

IT IS SO ORDERED.

Dated:  March 12, 2014.

_____
The Honorable William H. Alsup
UNITED STATES DISTRICT JUDGE