IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN MARTIN,

    Plaintiff,

  v.

CREDIT CONSULTING SERVICES, INC.,

    Defendant.

No. C 13-04706 WHA

**ORDER RE MAY 29 HEARING**

According to the parties' certification of their ADR session (Dkt. No. 36), there was a settlement through mediation. This action, however, remains on calendar until the parties file a proper stipulation to a complete dismissal. *See* Fed. R. Civ. P. 41(a). To that end, a summary-judgment hearing is still scheduled for May 29, 2014, unless the parties submit a notice taking that hearing off calendar. Please file any such notice by **5 PM ON MAY 20, 2014**. If the parties file a proper stipulation to fully dismiss this action before that deadline, no notice is necessary.

**IT IS SO ORDERED.**

Dated: May 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE