United States District Court
For the Northern District of California

1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7
8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11   JOHN MARTIN,
                                                    No. C 13-04706 WHA
12              Plaintiff,

13       v.
                                                    **ORDER VACATING
14   CREDIT CONSULTING SERVICES, INC.,              MAY 29 HEARING**

15              Defendant.
                                                /
16

17        In response to the order dated May 12 (Dkt. No. 37), plaintiff John Martin has requested

18   that the May 29 hearing for his summary-judgment motion be vacated, given "that [he] has

19   entered into a settlement agreement with each Defendant, the terms of which are currently being

20   finalized prior to execution" (Dkt. No. 38).  The May 29 hearing is accordingly **VACATED**.  All

21   other dates and deadlines, however, remain on calendar until the parties file a proper stipulation

22   to fully dismiss this action.  *See* Fed. R. Civ. P. 41(a).

23

24        **IT IS SO ORDERED.**

25

26   Dated:  May 20, 2014.                         _____
                                                   WILLIAM ALSUP
27                                                 UNITED STATES DISTRICT JUDGE

28