1 | Jared M. Hartman (254860)
2 | HARTMAN LAW OFFICE, INC.
3 | 400 S. Melrose Drive, Suite 209
4 | Vista, CA 92081
5 | PH: (951) 234-0881
  | Fax: (888) 819-8230
  | jaredhartman@jmhattorney.com

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN MARTIN,<br><br>  Plaintiff,<br><br>vs.<br><br>CREDIT CONSULTING SERVICES, INC. an incorporated business entity; EXPERIAN INFORMATION SOLUTIONS, INC., an incorporated entity; EQUIFAX, INC., an incorporated entity; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 3:13-CV-04706 WHA<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff and the only remaining Defendant (Credit Consulting Services, Inc.) herein stipulate and request this Honorable Court to dismiss, with prejudice, the entire action.

DATED: March 12, 2014

/s/ Jared M. Hartman                    /s/ Andrew Steinheimer
Jared M. Hartman                         Andrew Steinheimer
Attorney for Plaintiff John Martin        Attorney for Defendant CCS

1

**COURT ORDER**

The parties stipulation to dismiss the action with prejudice is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

            The Honorable William H. Alsup
            UNITED STATES DISTRICT JUDGE