Jared M. Hartman (254860)
HARTMAN LAW OFFICE, INC.
400 S. Melrose Drive, Suite 209
Vista, CA 92081
PH: (951) 234-0881
Fax: (888) 819-8230
jaredhartman@jmhattorney.com

# U.S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CREDIT CONSULTING SERVICES, INC. an incorporated business entity; EXPERIAN INFORMATION SOLUTIONS, INC., an incorporated entity; EQUIFAX, INC., an incorporated entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 3:13-CV-04706 WHA<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff and the only remaining Defendant (Credit Consulting Services, Inc.) herein stipulate and request this Honorable Court to dismiss, with prejudice, the entire action.

DATED: March 12, 2014

/s/ Jared M. Hartman                         /s/ Andrew Steinheimer
Jared M. Hartman                              Andrew Steinheimer
Attorney for Plaintiff John Martin       Attorney for Defendant CCS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**COURT ORDER**

The parties stipulation to dismiss the action with prejudice is hereby GRANTED.

IT IS SO ORDERED.

Dated:  June 10, 2014.

_____
The Honorable William H. Alsup
UNITED STATES DISTRICT JUDGE